GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507
Email:        John_Reichmuth@fd.org


Counsel for Defendant ROMERO-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 21–708861 MAG |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DETENTION AND STATUS HEARING** |
| v. | |
| CESAR ROMERO-MENDOZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the

DETENTION/ATTORNEY APPOINTMENT/STATUS ON RULE 5 HEARING presently set for

May 27, 2021 at 1:00 PM before the Hon. Kandis A. Westmore be CONTINUED until June 2, 2021

at 1:00 PM before the Duty Magistrate.

The reason for this request is that the defense still needs time to conduct additional factual

investigation into the allegations, as well as a Pretrial Interview. The parties agree and stipulate that

the time until June 2, 2021 should be excluded because a motion for detention is pending. The

continuance is necessary to accommodate counsel's preparation efforts.  The Pretrial Services

Agency is available on the suggested date and does not object.

DATED:     May 26, 2021        _____/S/_____
                                    JOHN PAUL REICHMUTH
                                    Assistant Federal Public Defender

DATED:     May 26, 2021        _____/S/_____
                                    JONATHAN U. LEE
                                    Assistant United States Attorney

## **ORDER**

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. A motion for detention is pending. Based on these findings, it is hereby ORDERED that time be excluded under the Speedy Trial Act. Further, it is ORDERED that the DETENTION/ATTORNEY APPOINTMENT/STATUS ON RULE 5 HEARING presently set for May 27, 2021 at 1:00 PM before the Hon. Kandis A. Westmore be CONTINUED until June 2, 2021 at 1:00 PM before the Duty Magistrate.

**IT IS SO ORDERED.**

DATED:     May 26, 2021

GRANTED

Judge Kandis Westmore

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA